**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED
NOV 12 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDSON ARNEAULT, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 1:16:-CV-00989-LPS |
| **DIAMONDHEAD CASINO CORPORATION,** | ) | |
| Defendant. | ) | |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2025 NOV 12 AM 11:47

**MOTION OF DEBORAH A. VITALE TO REOPEN ACTION, VACATE JUDGMENT, AND DISMISS ACTION**

Deborah A. Vitale respectfully moves, pursuant to Federal Rule of Civil Procedure 60(b)(4) and Federal Rule of Civil Procedure 60(d)(3), to reopen this action, vacate the Judgment entered herein, and dismiss this action in its entirety. The facts and legal basis for this motion are set forth in the Memorandum of Law in Support of Motion to Reopen Action, Vacate Judgment and Dismiss Action, being filed concurrently herewith.

Respectfully submitted,

DEBORAH A. VITALE
/s/ Deborah A. Vitale
Defendant, Pro Se
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412)
email: vitaledav@aol.com

Dated: November 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion and [Proposed] Order was served, via United States mail, postage prepaid, this 12th day of November, 2025, on the following:

Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899-1489

/s/ Deborah A. Vitale
Deborah A. Vitale