IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDSON ARNEAULT, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 16-989 (MN) |
| DIAMONDHEAD CASINO CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 25th day of September 2026:

For the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The Motion to Strike (D.I. 83) is GRANTED.

2. The Motion to Vacate (D.I. 79) is DENIED.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge