**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EDSON R. ARNEAULT, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:16-CV-00989-MN |
| **DIAMONDHEAD CASINO CORPORATION,** | ) |
| Defendant. | ) |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 OCT 11 AM 10: 36

# NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

The Appellant, Deborah A. Vitale appearing pro se, appeals to the United States Court of Appeals for the Third Circuit from the Order [D.I. 95] and Memorandum Opinion [D.I. 94] of the United States District Court for the District of Delaware, entered on September 25, 2026, in C.A. No. 1:16-cv-00989-MN, denying a Motion to Vacate and granting a Motion to Strike.

Dated: October 19, 2026

Deborah A. Vitale, Appellant Pro Se
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com