**DEBORAH A. VITALE**
1013 Princess Street
Alexandria, VA 22314
Tel: (727) 510-1412
Email: vitaledav@aol.com

October 19, 2026

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

via Federal Express
Randall C. Lohan, Clerk of the Court
United States District Court
District of Delaware
844 N. King Street Unit 18, 4th Floor
Wilmington, DE 19801

Re: *Arneault, et al. v. Diamondhead Casino Corporation*, Civil Action No. 1:16-cv-00989-MN

Dear Ms. Lohan:

Enclosed for filing in the above-referenced case, please find the *original* and one copy of each of the following documents:

1) Notice of Appeal to the United States Court of Appeals for the Third Circuit from the Order [D.I. 95] and Memorandum Opinion [D.I. 94] entered in the above-referenced case on September 25, 2026;

2) Certificate of Service re Notice of Appeal;

3) Appellant's Certificate Under FRAP 10(b)(1)(B) That No Transcript Will Be Ordered; and

4) Truist Bank Check No. 5307157966 in the amount of $605.00 in payment of the Appeal Fee.

I thank you in advance for your assistance in this matter.

Very truly yours,

Deborah A. Vitale
Appellant, Pro Se

Enclosures: 8